UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILIP G. SAUNDERS                                CIVIL ACTION

VERSUS                                            NO.  10-0365

SHERIFF MARLIN GUSMAN                             SECTION "J"(4)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Philip G. Saunders's Complaint is **DISMISSED** as frivolous pursuant to Title 28 U.S.C. § 1915e(2) and 42 U.S.C. § 1997(e)(1).

New Orleans, Louisiana, this ____12th____ day of _____January_____, 2011.

_____
UNITED STATES DISTRICT JUDGE